# United States Court of Appeals for the Fifth Circuit

No. 21-20484
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 17, 2021

Lyle W. Cayce
Clerk

Janece Tisdel,

*Plaintiff—Appellant*,

*versus*

The Witness Protection,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-881

Before King, Costa, and Ho, *Circuit Judges*.

Per Curiam:*

The district court's judgment dismissing this case for lack of subject matter jurisdiction is AFFIRMED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.